# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2017

154541 & (10)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                           SC:  154541
                                                            COA:  333744
                                                            Wayne CC:  13-000550-FH

LAWRENCE VIRGIL WAGNER,
            Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the September 9, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).  The motion to remand to conduct an evidentiary hearing and expand the record is DENIED.

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2017



Clerk

p0619